# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JARRORD C. LAWSON,         :   No. 148 MM 2019

           Petitioner        :

           v.                :

COURT OF COMMON PLEAS OF
CHESTER COUNTY,          :

           Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of February, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and/or Extraordinary Relief" is DENIED.